William N. Frye, Inc., Appellee, v. Joseph G. Weber and Joseph G. Weber, Inc., Appellants.

Gen. No. 10,456.

George L. Reilly and G. A. Bosomburg, for appellants; Hall, Meyer & Carey, for appellee; Lloyd A. Van Deusen, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full. Opinion filed January 24, 1951; released for publication February 14, 1951.

Frederick Seeds, Minor et al., Appellees, v. Chicago Transit Authority, Appellant.

Gen. No. 45,028.